United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APOLLO GROUP, INC.<br>SECURITIES LITIGATION<br>_____ | Case No.: C 06-80270 MISC PVT<br>**ORDER VACATING BRIEFING AND HEARING** |

On September 22, 2006, the parties, and non-parties Julie Albertson and Mary Hendow ("Movants"), appeared for hearing on Movant's motion to quash deposition subpoenas.[1] Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that the briefing and hearing schedule set at today's hearing is VACATED. A further order will be issued Monday, September 25, 2006.

Dated: *9/22/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*