UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APOLLO GROUP, INC.<br>SECURITIES LITIGATION | Case No.: C 06-80270 MISC PVT<br><br>**ORDER SCHEDULING HEARING AND ALLOWING RESPONSE BY MOVANTS TO UNAUTHORIZED BRIEFING BY DEFENDANT** |

On September 22, 2006, the parties, and non-parties Julie Albertson and Mary Hendow ("Movants"), appeared for hearing on Movant's motion to quash deposition subpoenas.[1] On September 26, 2006, this court issued an tentative ruling, subject to any request for further oral argument. On September 29, 2006, Defendant Apollo Group, Inc. filed a request for oral argument which included further substantive briefing that had not been authorized by the court. Therefore,

IT IS HEREBY ORDERED that a further hearing on Movant's motion to quash deposition subpoenas shall be held at 10:00 a.m. on October 17, 2006.

IT IS FURTHER ORDERED that, no later than October 10, 2006, Movants may file a brief of no more than 5 pages responding to Defendant's unauthorized briefing in its September 29, 2006 request for oral argument.

Dated: *10/3/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*